175 A.3d 161

COLEEN A. SMALL, PLAINTIFF–PETITIONER,
v. AT & T, DEFENDANT–RESPONDENT.

C–243 September Term 2017
079040

October 26, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002634–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

175 A.3d 161

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
DANILO I. LEONEN, DEFENDANT–PETITIONER.

C–258 September Term 2017
079903

October 26, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004764–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.